# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN JONES,

             Plaintiff,

   v.

M. PALOMBO,

             Defendant.

_____/

CASE NO. 1:07-cv-01788-OWW-GSA PC

ORDER FINDING SERVICE OF AMENDED
COMPLAINT APPROPRIATE, AND
FORWARDING SERVICE DOCUMENTS TO
PLAINTIFF FOR COMPLETION AND
RETURN WITHIN THIRTY DAYS

(Doc. 8)

ORDER DENYING MOTION FOR SERVICE
DOCUMENTS AS MOOT

(Doc. 15)

Plaintiff Kevin Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 31, 2007, in the Northern District of California. The action was transferred to this court and on January 28, 2008, Plaintiff filed an amended complaint. Fed. R. Civ. P. 15(a). The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a cognizable claim for relief under section 1983 against Defendant Palombo for use of excessive physical force, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendant:

               **C/O M. PALOMBO**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 28, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed amended complaint filed January 28, 2008.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

6. Plaintiff's motion seeking the issuance of service documents, filed May 8, 2008, is denied as moot in light of this order.

IT IS SO ORDERED.

**Dated:    June 5, 2008           _____/s/ Gary S. Austin_____**
                                   UNITED STATES MAGISTRATE JUDGE